UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>PLEASANT HILL CRESCENT DRIVE INVESTORS LLC, et al.,<br><br>    Defendants. | Case No.  16-cv-00932-SK<br><br>**ORDER TO SHOW CAUSE** |

This action was filed on February 24, 2016.  Since that time, Defendants have appeared and Plaintiff submitted a notice of need for mediation.  The mediator was appointed by the ADR Clerk on July 15, 2016.  (Dkt. 25.)  There has been no subsequent activity on the docket of this matter.  Plaintiff is hereby ordered to appear on January 9, 2017 at 9:30 a.m. at 450 Golden Gate Avenue, 15th Floor, Courtroom A, San Francisco, California to show cause explaining why the case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: December 20, 2016

_____
SALLIE KIM
United States Magistrate Judge