# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | ) Case No.: 3:16-CV-00932-SK |
| Plaintiff, | ) |
| v. | ) **CONDITIONAL DISMISSAL** |
| PLEASANT HILL CRESCENT DRIVE INVESTORS LLC, a California Limited Liability Company; BED BATH & BEYOND OF CALIFORNIA. a Delaware Limited Liability Company; and Does 1-10, | ) ) ) ) ) ) ) |
| Defendants. | ) |

The Court is advised that the parties have reached a tentative settlement of this action and that the parties expect to file a Joint Stipulation for Dismissal **with prejudice** within 60 days. Therefore, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after the passage of sixty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED.**

Dated: January 4, 2018

_____
HONORABLE SALLIE KIM
United States Magistrate Court Judge

Order                    -1-                    3:16-CV-00932-SK